```
                   IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

IN RE: JUAN & BELINDA PORRAS    )
                                )
SAXON MORTGAGE SERVICES,        )
          Creditor,             )
     vs.                        ) CASE NO. 05B39315
                                ) JUDGE MANUEL BARBOSA
JUAN & BELINDA PORRAS,          )
          Debtor                )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Saxon Mortgage Services, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the December 1, 2006 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of June 12, 2007.

   a. Attorney's Fees            $   250.00
   b. Property Inspections       $   142.90
   c. Late Charges               $ 1,330.43
      Total                      $ 1,723.33

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, Saxon Mortgage Services rights to collect these amounts will remain unaffected.

                              Respectfully Submitted,
                              Saxon Mortgage Services

                              /s/Yanick Polycarpe
                              Yanick Polycarpe
                              ARDC#6237892

                              Pierce and Associates, P.C.
                              1 North Dearborn Street, Ste. 1300
                              Chicago, Illinois 60602
                              (312)346-9088