```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

     IN RE:                                            CASE NO. 05 B 39315
        JUAN PORRAS
        BELINDA PORRAS                                 CHAPTER 13

                                                       JUDGE: MANUEL BARBOSA
                 Debtor
        SSN XXX-XX-6228    SSN XXX-XX-5401
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/22/05 and confirmed on 11/17/05.

     2.  The case was dismissed after confirmation, 02/07/2008.

     3.  The Debtor paid a total of $  19200.00 .

     4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 2417.14 | .00 | 2417.14 |
| MEADOWS CREDIT UNION | SECURED VEHIC | 6117.32 | 446.68 | 6117.32 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4663.82 | 87.09 | 1134.98 |
| CAPITAL ONE BANK | UNSECURED | 1890.33 | 35.30 | 460.04 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6179.81 | 115.43 | 1503.93 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2709.21 | 50.63 | 659.31 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 7613.20 | 142.19 | 1852.75 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 442.06 | 8.32 | 107.57 |
| KOHLS | UNSECURED | 217.05 | 4.08 | 52.80 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3697.96 | 69.04 | 899.95 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 715.35 | 13.34 | 174.09 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 279.71 | 5.29 | 68.05 |

             Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8534.46 | .00 | 28408.50 | .00 | 36942.96 |
| PRINCIPAL PAID | 8534.46 | .00 | 6913.47 | .00 | 15447.93 |
| INTEREST PAID | 446.68 | .00 | 530.71 | .00 | 977.39 |
| TOTAL PAID | 8981.14 | .00 | 7444.18 | .00 | 16425.32 |

The Debtor's attorney, JAMES A YOUNG & ASSOC             , was allowed $   2825.00
and was paid $    750.00   direct and $   2075.00   through the plan.

The Trustee received $     699.68 .

Refunds to the Debtor totaled $          .00 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE